Case 4:25-cv-03981   Document 22   Filed on 10/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDY JAVIER HERNANDEZ LUCERO, § | | |
| *Petitioner*, § | | |
| § | | |
| v. § | | Civil No. 4:25-cv-03981 |
| § | | |
| KRISI NOEM, et al., § | | |
| *Respondents*. § | | |

## ORDER

The Court considered Petitioners Ex Parte Emergency Motion for a Temporary Restraining Order (ECF 16) and Petitioner's Petition for Writ of Habeas Corpus (ECF 1). The Court GRANTED Petitioner's habeas relief in the form of a bond hearing. The Court has determined that the Petitioner is not subject to 8 U.S.C. § 1225(b)(2) and it is hereby ORDERED that Petitioner be provided a bond hearing under 8 U.S.C. § 1226 by October 30, 2025.

The Court DENIED AS MOOT the Motion for a Temporary Restraining Order.

Signed in Houston, Texas, on this the 23rd day of October, 2025.

_____
THE HONORABLE KEITH ELLISON
UNITED STATES DISTRICT JUDGE